UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY STRAHAM,

    Petitioner,

v.

    Case No.: 1:07-cv-165

    HONORABLE PAUL L. MALONEY

CAROL HOWES,

    Respondent.

    _____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court. Therefore,

**IT IS ORDERED** that the habeas corpus petition is denied because it is barred by the one-year stature of limitations.

**IT IS FURTHER ORDERED** that this case is terminated and a certificate of appealability is denied.

Dated: October 2, 2007

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge